LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
6033 W. Century Boulevard, Suite 500
Los Angeles, CA 90045

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEONG KO,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CITY OF LA HABRA; A Public Entity; and DOES 1 THROUGH 10 INCLUSIVE,<br><br>　　　　　Defendant. | Case No. CV105305-MLR(PJWx)<br><br>Complaint filed: July 20, 2010<br><br>**JUDGMENT** |

On April 18, 2011, this action came on regularly for a hearing on the cross-motions for summary judgment filed by Plaintiff and Defendant, in the United States District Court for the Central District of California, in Court Room 8, 312 North Spring Street, Los Angeles, California, the Honorable Manuel R. Real, presiding. Plaintiff Joung Ko appeared by attorney Veronica Diaz of Lackie, Dammeier & McGill, and the Defendant City of La Habra appeared by attorney Tim Owen of Liebert Cassidy Whitmore.

Having considered the evidence presented in support of and in opposition to the parties' respective cross-motions for summary judgment, and the issues having been heard,

IT IS ORDERED, ADJUDGED AND DECREED that Plaintiff Jeong Ko's motion for summary judgment is denied, that Defendant City of La Habra's motion for summary judgment is granted in its entirety, that Plaintiff Joung Ko take nothing, that the action be dismissed on the merits, and that Defendant City of La Habra take judgment, and, as the prevailing party, recover its costs from Plaintiff Jeong Ko.

DATED: _May 11, 2011__    _____
Honorable Manuel R. Real
United States District Court Judge

LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
6033 W. Century Boulevard, Suite 500
Los Angeles, CA 90045