JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEONG KO, | CASE NO. CV 10-5305-R |
| Plaintiff, | JUDGMENT |
| v. | |
| CITY OF LAHABRA; a public entity and DOES 1–10 inclusive, | |
| Defendants. | |

Plaintiff Jeong Ko's ("Plaintiff") Motion for Summary Judgment and/or Partial Summary Judgment came on for rehearing following supplemental briefing being submitted by both parties on January 13, 2013.

The evidence having been considered by the court, the issues herein been duly heard, after oral argument of counsel, the decision having been rendered, and pursuant to the Findings of Fact and Conclusions of Law,

IT IS HEREBY ORDERED that Plaintiff Jeong Ko's motion for summary judgment is granted in its entirety. Judgment is hereby entered as follows:

1. Plaintiff shall be entitled to damages from Defendant in the amount of $24,518.25 for

   Defendant's failure to advance Plaintiff to the proper Step-Pay rate for time spent on military leave in violation of USERRA;

2. Defendant must pay into Plaintiff's pension the difference between the sum actually paid into his pension and the sum that would have been paid into his pension had he advanced in Step-Pay rates as if he had never taken military leave;

3. Defendant is ordered to advance Plaintiff to Step-Rate "G" so that he will be placed at the Step Rate he would have attained with reasonable certainty had he not taken military leave.

Dated:  February 27, 2014.

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE