UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEONG KO,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>CITY OF LA HABRA; A PUBLIC ENTITY; and DOES 1 THROUGH 10, INCLUSIVE,<br><br>　　　　　　Defendant. | Case No.: 2:10-CV-10-5305- PJW<br><br>**JUDGMENT FOLLOWING COURT TRIAL** |

　　　The Court presided over the trial of of Jeong Ko versus the City of La Habra between August 22 and August 24, 2016. After reviewing all documentary evidence received in evidence at trial, hearing all testimony and weighing the credibility of witnesses, considering the arguments of counsel, entering Findings of Fact and Conclusions of Law (Dkt. No. 197), and considering post-trial briefing by the parties (Dkt. Nos. 180, 182, 185 & 187), the Court now issues its Final Judgment Following Court Trial and Post Trial Briefing ("Judgment").

1

**[PROPOSED] JUDGEMENT FOLLOWING COURT TRIAL**

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that, pursuant to the Court's Findings of Fact and Conclusions of Law (Dkt. No.197), judgment is hereby entered as follows:

1. Judgment is entered in favor of Jeong Ko and against the City of La Habra, entitling Jeong Ko to:

    A. Damages in the principal sum of $22,457.09 for lost earnings.

    B. Equitable Relief: The record reflects that Plaintiff would have obtained Step Rate "F" in or before May of 2012 with reasonable certainty "if [he] had remained continuously employed[]" between April 2008 and September 2009 instead of taking military leave. Accordingly, the City is ordered to take all reasonable steps to retroactively increase Plaintiff's Step Rate to Step Rate "F".[1]

The Court retains jurisdiction to make such further orders as may be proper or necessary to effectuate the provisions of this judgment.

**IT IS SO ADJUDGED.**

DATED: March 30, 2017

_____
PATRICK J. WALSH
UNITED STATES MAGISTRATE JUDGE

---

[1] The parties have entered an agreement resolving the issues of attorney fees, costs and interest.